DF

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 21 2015 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LAN ZHU a/k/a "Amy" or "Aa Mi",

Plaintiff,

- against -

WAKO INTERNATIONAL CORP. d/b/a RESTAURANT NIPPON, 101 TAIWANESE CUISINE, TIMOTHY CHUANG, MICHAEL CHUANG, "JOHN DOE" and JANE DOE",

Defendants.

Index No.: 13-cv-6867

STIPULATED ORDER OF DISMISSAL

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

Dated: New York, New York
June 26, 2015

_____
Jian Hang, Esq.
Hang & Associates, PLLC
Attorneys for Plaintiff
136-18 39th Avenue, Suite 1003
Flushing, NY 11354
(718) 353-8588

_____
Joseph M. Labuda, Esq. Matthew A. Brown
Milman Labuda Law Group PLLC
Attorneys for Defendants
3000 Marcus Ave., Ste. 3W8
Lake Success, NY 11042
(516) 328-8899

So Ordered

/s/(ARR)
_____
U.S.D.J.

The parties having sought approval of the settlement and Magistrate Judge Go, having overseen the settlement negotiations and having met with the parties and reviewed the settlement's terms, this court adopts Judge Go's recommendation that the settlement be approved as fair and reasonable under the circumstances, see Docket Entry of 8/17/2015, and